1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RONALD GILLION,

                        Petitioner,

            v.

DEBBIE ASUNCION, Warden,

                      Respondent.

Case No. LACV 18-3004-SB (LAL)

**JUDGMENT**

       Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

         IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 14, 2020

_____

HONORABLE STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE